# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00096-MR-WCM

| | |
|---|---|
| **BEVERLY STROUPE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CAROLINA CARE HEALTH &** ) | |
| **REHABILITATION, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Approval of Settlement of FLSA Action [Doc. 19].

Upon review of the parties' Settlement Agreement and Release [Doc. 20-1], and for the reasons stated in the parties' Memorandum of Law in Support of Joint Motion for Approval of Settlement of FLSA Action [Doc. 20],

**IT IS, THEREFORE, ORDERED** that the parties' Motion [Doc. 19] is **GRANTED**, and the parties' Settlement Agreement and Release [Doc. 20-1] is hereby **APPROVED**.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: December 13, 2021

*[signature]*

Martin Reidinger
Chief United States District Judge